**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>REDACTED ARMS LLC,<br>Defendant. | Civil Action No. 4:26-cv-00754-ALM |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO AMEND**

Having considered Plaintiffs ABC IP, LLC and Rare Breed Triggers' Motion for Leave to File Their First Amended Complaint, it is hereby ORDERED as follows:

The Motion to Amend is GRANTED.

**IT IS SO ORDERED.**