# EXHIBIT K-1

## ’247 Patent Claim 15 re Super Safety

| ’247 Patent Claim 15 | Super Safety |
|---|---|
| 15: A firearm trigger mechanism comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products comprise a firearm trigger mechanism when assembled and used as intended.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation.<br><br><br><br>Super Safety Guide at Cover.<br><br>The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” |

| ’247 Patent Claim 15 | Super Safety |
| --- | --- |
| | **1 INTRODUCTION**<br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br>This document contains the information needed to manufacture the Super Safety, as well as understand it's function.<br>Super Safety Guide at 1. |
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver.<br><br>The Accused Products are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1.<br><br>The Accused Products (shown below in yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a sear catch and a hook for engaging a disconnector (shown below in orange).<br><br>Below, the trigger member is shown in the trigger released position. |

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer which pivots on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier.<br><br>The hammer (red) is shown below in the hammer set position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.<br><br>
<br><br>Below, the hammer (red) is shown in the hammer released position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.</td></tr>
</table>

| ’247 Patent Claim 15 | Super Safety |
| --- | --- |
| |  As shown below, the hammer is pivoted rearward by the rearward movement of a bolt carrier.  |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>The Accused Products (shown below in yellow) are configured for use with a trigger member (brown), shown in the set position, adapted to be mounted in the fire control mechanism pocket. The forward face of the trigger member comprises a sear. The trigger member |

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td></td><td>pivots on a transverse trigger member pivot axis between a trigger set position and a trigger released position.<br><br><br></td></tr>
<tr><td>wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger comprising a sear and hammer comprising a sear catch  wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger set position, and the hammer is in the hammer set position, the trigger’s sear and the hammer’s sear catch are engaged.</td></tr>
</table>

| ’247 Patent Claim 15 | Super Safety |
|---|---|
| |  |
| and are out of engagement in said released positions of said hammer and trigger member, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger and hammer wherein said sear and sear catch are out of engagement in said released positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger released position, and the hammer is in the hammer released position, the trigger’s sear and the hammer’s sear catch are out of engagement.<br><br> |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control |

| ’247 Patent Claim 15 | Super Safety |
|---|---|
| on a transverse disconnector pivot axis, | mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer (shown below in red).<br> |
| and a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket.<br><br>The Accused Products include a cam having cam lobes as shown below.<br><br>The cam (shown below in yellow) is adapted to be movably mounted in a fire control mechanism pocket. |

| ’247 Patent Claim 15 | Super Safety |
| --- | --- |
| | For example, below, the cam is shown on the left, pivoted forward; and on the right, pivoted backward.<br> |
| said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position.<br><br>The cam (shown below in yellow) is movable between a first position (below, left) and a second position (below, right).<br><br>When the cam (yellow) is in the second position, it forces said trigger member towards said trigger set position as it is rotated. On the left below, the trigger member is in the released position. On the right below, the cam rotates counterclockwise, forcing the trigger member towards the trigger set position. |

| '247 Patent Claim 15 | Super Safety |
| --- | --- |
| |  The cam's pivoting also meets this limitation. For example, below, the cam (yellow) is shown in two positions: on the left, a first position (pivoted forward); on the right, a second position (pivoted backward). In the first position (left), the cam does not lock the trigger member. In the second position (right), the cam lobe forces the trigger member towards the set position, as the image above also shows.  |
| whereupon in a standard semi-automatic mode, said cam is in said first position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam whereupon in a standard semi-automatic mode, said cam is in said first position. As shown below, when set to standard semi-automatic mode, the cam is in the first position. |

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td></td><td><br><br>The cam’s pivoting also meets this limitation. In standard semi-automatic mode, when the bolt carrier is in battery, the cam is in the first position (pivoted forward) and does not lock the trigger member, so the user can pull the trigger member, as shown below. In standard semi-automatic mode, the cam lobe is not aligned with the trigger member, as shown above, so as the bolt carrier cycles, the cam does not force the trigger member towards the set position and does not reach the second position.<br><br><br></td></tr>
<tr><td>rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer whereupon in a standard semi-automatic mode, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook.</td></tr>
</table>

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td></td><td>During the rearward movement of the bolt carrier, the hammer (red) is pivoted rearward to a position such that it will be caught by the disconnector hook (orange).<br><br><br></td></tr>
<tr><td>and thereafter the bolt carrier moves forward into battery,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a fire control group whereupon after rearward movement of the bolt carrier, the bolt carrier moves forward into battery.<br><br>After the rearward movement of the bolt carrier causes rearward pivoting of the hammer, the bolt carrier moves forward into battery.</td></tr>
</table>

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a fire control group whereupon, in a standard semi-automatic mode, after the bolt carrier group moves forward into battery, a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm.<br><br>When the bolt carrier moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing it from pivoting forward to the hammer released position.<br><br>
<br><br>To disengage the hammer (red) from the disconnector (orange), a user must manually release rearward pressure on said trigger member. In doing so, the hammer and trigger member are permitted to pivot to said hammer set</td></tr>
</table>

| ’247 Patent Claim 15 | Super Safety |
|---|---|
| | position and trigger set positions so that the user can pull said trigger member to fire the firearm, as shown below.<br> |
| whereupon in a forced reset semi-automatic mode, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured to be set to forced reset semi-automatic mode.<br><br>The Accused Products are set to forced reset semi-automatic mode when the cam (yellow) is in the second position.<br> |
| said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam, which when in forced reset semi-automatic mode and said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook.<br><br>The Accused Products are set to forced reset semi-automatic mode when the cam (yellow) is in the second position. In that position, rearward movement of the bolt carrier causes rearward pivoting of the hammer (red), as shown below. In forced reset semi-automatic mode, the disconnector hook is prevented from catching said hammer hook, as shown below, because the cam lobe has |

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td></td><td>forced the trigger and disconnector assembly to pivot backwards about the trigger pivot axis.<br><br><br>The cam’s pivoting also meets this limitation. In forced reset semi-automatic mode, rearward movement of the bolt carrier causes rearward pivoting of the hammer (red) and pivots the cam backward to the second position, forcing the trigger member towards the set position such that the disconnector (orange) hook is prevented from catching the hammer hook, as shown above.</td></tr>
<tr><td>and thereafter the bolt carrier moves forward into battery,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that the bolt carrier moves forward into battery.<br><br>When the Accused Products are set to forced reset semi-automatic mode, after the bolt carrier moves rearward, the bolt carrier moves forward into battery.<br><br></td></tr>
</table>

<table>
<tr><th>’247 Patent Claim 15</th><th>Super Safety</th></tr>
<tr><td>at which time the user can pull said trigger member to fire the firearm.</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that the user can pull said trigger member to fire the firearm.<br><br>When the Accused Products are set to forced reset semi-automatic mode, when the bolt carrier has moved forward into battery, the cam is pivoted forward, disengaging the cam lobe from the trigger. At this time, the user can pull said trigger member to fire the firearm.<br><br><br><br><br>As shown above, when the bolt carrier moves forward into battery, the cam is moved from the second position to the first position (pivoted forward), so the cam no longer locks the trigger member.</td></tr>
</table>