# EXHIBIT K-4

## ’159 Patent Claim 1 re Super Safety

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| 1[pre]: A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation.<br><br><br><br><br>Super Safety Guide at Cover.<br><br>The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.”<br><br>**1 INTRODUCTION**<br><br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br><br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br><br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br><br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br><br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br><br>Super Safety Guide at 1. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| A]: a hammer having a hammer sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a hammer sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket.<br><br>The Accused Products are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1.<br><br>The Accused Products (shown below in yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a sear surface and a hook for engaging a disconnector (shown below in orange).<br><br><br><br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer which pivots on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of the bolt means. |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>The hammer (red) is shown below in the hammer set position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.<br><br><br>Below, the hammer (red) is shown in the hammer released position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.<br><br><br>As shown below, the hammer is pivoted rearward by the rearward movement of the bolt means.<br><br></td></tr>
</table>

| '159 Patent Claim 1 | Super Safety |
|---|---|
| 1[B]: a trigger member having a trigger sear surface and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>The Accused Products (yellow) are configured for use with a trigger member (brown), shown in the set position, adapted to be mounted in the fire control mechanism pocket. The forward portion of the trigger member comprises a trigger sear surface. The trigger member pivots on a transverse trigger member pivot axis between a trigger set position and a trigger released position.<br><br><br><br><br>Below, the trigger member is shown in the trigger released position.<br><br><br> |
| 1[C]: wherein the trigger member sear surface and hammer sear catch surface are in engagement in the set positions of the | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member sear surface and hammer sear catch surface are in engagement in the set positions of the hammer and trigger member. |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td>hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member,</td><td>As shown below, when the trigger is in the trigger set position, and the hammer is in the hammer set position, the trigger member sear and the hammer sear surface are engaged.<br><br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger and hammer wherein said sear and sear catch are out of engagement in said released positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger released position, and the hammer is in the hammer released position, the trigger member sear and the hammer sear surface are out of engagement.<br><br></td></tr>
</table>

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| 1[D]: the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer (shown below in red).<br><br> |
| 1[E]: a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket.<br><br>The Accused Products include a cam having cam lobes, as shown below.<br><br> |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | The cam (shown below in yellow) is adapted to be movably mounted in a fire control mechanism pocket. For example, below, the cam is shown in two positions: on the left, a first position (pivoted forward); on the right, a second position (pivoted backward).<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position.<br><br>The cam (shown below in yellow) is movable between a first position (below, left) and a second position (below, right). In the second position (right), the cam of the Accused Products (yellow) forces the trigger member toward the set position. On the left below, the trigger member is in the released position. On the right below, the cam rotates counterclockwise, forcing the trigger member towards the trigger set position.<br> |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| 1[F]: whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm, and | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a cam whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook.<br><br>As shown below, the selector (green) is set to standard semi-automatic mode, and the cam is in the first position.<br><br>During the rearward movement of the bolt means, the hammer (red) is pivoted rearward to a position such that it will be caught by the disconnector hook (orange).<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a fire control group whereupon after rearward movement of the bolt means, the bolt means moves forward into battery. |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>After the rearward movement of the bolt means causes rearward pivoting of the hammer, the bolt means moves forward into battery.<br><br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a fire control group whereupon, in a standard semi-automatic mode, after the bolt means moves forward into battery, a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm.<br><br>When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing it from pivoting forward to the hammer released position.<br><br><br>To disengage the hammer (red) from the disconnector (orange), a user must manually release rearward pressure on said trigger member. In doing so, the hammer and trigger member are permitted to pivot to said hammer set position and trigger set positions so that the user can pull said trigger member to fire the firearm, as shown below.</td></tr>
</table>

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| 1[G]: whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured to be set to a second mode.<br><br>The Accused Products are set to a second mode, forced reset semi-automatic mode, when the cam is aligned with the trigger as shown below.<br><br><br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | Rearward movement of the bolt means causes rearward pivoting of the hammer **(Red)** and the cam to force the trigger member toward the reset position such that the disconnector **(Orange)** hook is prevented from holding the hammer hook.<br><br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm.<br><br>When the Accused Products are set to forced reset semi-automatic mode, after the bolt means moves rearward, the bolt means moves forward into battery.<br><br> |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | When the bolt means moves forward into battery, the user can pull the trigger member to fire the firearm.    |